NOT FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

**05-1113**

LARRY ALAN MILLER, ET AL.

VERSUS

ALLSTATE INSURANCE COMPANY

\*\*\*\*\*\*\*\*\*\*
APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 1999-0153
HONORABLE AL GRAY, DISTRICT JUDGE
\*\*\*\*\*\*\*\*\*\*

**SYLVIA R. COOKS**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of Sylvia R. Cooks, Billy H. Ezell, and James T. Genovese, Judges.

**AFFIRMED.**

**John C. Bradford**
**Corey A. Doughty**
**Stockwell, Sievert, Viccellio, Clements & Shaddock, L.L.P.**
**P.O. Box 2900**
**Lake Charles, LA  70602**
**(337) 436-9491**
**COUNSEL FOR PLAINTIFFS/APPELLEES:**
        **Larry Alan Miller, et al.**

**James L. Donovan, Jr.**
**P.M. Donovan**
**Donovan & Lawler, APLC**
**4608 Rye Street, Suite 200**
**Metairie, LA  70006**
**(504) 454-6808**
**COUNSEL FOR DEFENDANT/APPELLANT:**
        **Allstate Insurance Company**